UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FLORES and HEIDI BRESHERS,<br><br>Plaintiffs,<br><br>v.<br><br>DORINA DJURDJEV NEDA,<br><br>Defendant. | **14-cv-450 LJO-GSA**<br><br><br>**ORDER GRANTING IFP**<br><br><br>**(Doc. 2)** |

On March 28, 2014, Defendant, Dornia Djurdjev, filed a notice of removal and an application to proceed in forma pauperis. (Doc. 1 and 2). A review of the application reveals that Defendant is entitled to proceed in forma pauperis and her application is therefore GRANTED.

IT IS SO ORDERED.

    Dated: __**April 2, 2014**__                       __/s/ **Gary S. Austin**__
                                                                                    UNITED STATES MAGISTRATE JUDGE